# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ, | NO. CV 12-3182 SJO (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| DIR OF CA DEPT OF CORRECTIONS, et al., | |
|     Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 4/24/12, 2012.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE